675 A.2d 279

John W. ALBRIGHT, as Executor of the Estate
of Elizabeth Jean Albright and Individually
in his own right, Petitioner

v.

ABINGTON MEMORIAL HOSPITAL and Montgomery
County Emergency Services, Respondent.

Supreme Court of Pennsylvania.

May 13, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of May, 1996, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to the following issues:

(1)-Whether a trial judge can enter summary judgment in favor of a mental health facility covered under the Mental Health Procedures Act where an allegation of gross negligence is offered.

(2)-Whether gross negligence has been demonstrated by the pleadings, reports, depositions and records so as to preclude entry of the order granting summary judgment on behalf of Abington Memorial Hospital.